0022-47-EPIEXX-00038062-50628

# United States Bankruptcy Court
For The
Eastern District of New York

AMINUR RAHMAN  
160-15 21ST RD  
WHITESTONE, NY 11357

Case No.: 107-44852-353  
SS #1: XXX-XX-5859

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 09 | 07 | 07 | | The Plan was confirmed on | | | | | The Case was concluded on | 10 | 05 | 07 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $            0.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMINUR RAHMAN | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK | 001 | Unsecured | 1,308.29 | 0.00 | 0.00 | 1,308.29 |
| AMINUR RAHMAN | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

I VERIFY THE ABOVE REPORT IS TRUE AND CORRECT AND I HAVE COMPLIED WITH ALL APPLICABLE ORDERS OF THIS COURT.

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 1,308.29 | 0.00 | 0.00 | 1,308.29 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| AMINUR RAHMAN / PRO SE- D | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ Marianne DeRosa

Marianne DeRosa

Oct 05, 2007         Page 1 of 1